FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0070

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0070

---

IN THE MATTER OF GREGORY P. JOHNSON,

An Attorney at Law,

Respondent.

**PUBLIC CENSURE**

---

CHIEF JUSTICE McGRATH: This is the time and date set for the public censure of Gregory Johnson, a member of the State Bar of Montana. Mr. Johnson, do you have counsel? Please step to the well of the Court and we will proceed with your public censure.

JUSTICE McKINNON: Mr. Johnson, this public censure is being delivered today in accordance with our Order of August 16, 2023, of which you have been provided a copy. The disciplinary complaint against you is based upon your violation of Rules 1.15 and 1.18 of the Montana Rules of Professional Conduct, when you accepted a retainer, consisting in part of advanced fees and costs and then failed to place the monies into your IOLTA account and instead treated the entirety of the fees and costs as "earned upon receipt." As the Commission noted, and we agree, normally a public censure would not be imposed for an IOLTA violation that did not ultimately harm the client. However, you have previously been informally disciplined in 2009 for a trust violation and the Office of Disciplinary Counsel provide you a violation warning in 2019.

This proceeding is founded upon your acknowledgment of these violations in your tendered admission, which this Court approved upon the recommendation of the Commission on Practice.

Mr. Johnson, we hereby impose upon you the public censure of this Court.

Do you have anything you want to say?

Copies of this Proceeding in Public Censure shall be delivered to you, Mr. Johnson, and to the Disciplinary Counsel, the Office Administrator for the Commission on Practice, the Clerks of all the District Courts of the State of Montana, each District Court Judge in the State of Montana, the Clerk of the Federal District Court for the District of Montana, the Clerk of the Circuit Court of Appeals of the Ninth Circuit, and the Executive Director of the State Bar of Montana.

DATED this 12th day of September, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices